314 So.2d 116

**In re Joe Harvest WEBB**

**v.**

**STATE.**

**Ex parte Joe Harvest Webb.**

**SC 1278.**

Supreme Court of Alabama.

June 5, 1975.

Guy F. Gunter III, Opelika, for petitioner.

SHORES, Justice.

Petition of Joe Harvest Webb for Certiorari to the Court of Criminal Appeals to review and revise the judgment and deci-

sion of that Court in Webb v. State, 55 Ala.App. 195, 314 So.2d 114.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and ALMON, JJ., concur.